No. 84–952. GERZOF v. GRIEVANCE COMMITTEE FOR THE TENTH JUDICIAL DISTRICT. Appeal from App. Div., Sup. Ct. N. Y., 2d Jud. Dept., dismissed for want of substantial federal

_____

*JUSTICE POWELL took no part in the consideration or decision of the orders announced on this date.

question.

